IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CANDACE McCORVEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 19-00338-KD-MU |
| | ) |
| LALITA LLC, d/b/a ONE STOP 36, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This action is before the Court on notice from Defendant Lalita, LLC that it has reached a settlement of Plaintiff Candace McCorvey's claims but an additional 30 days are necessary to consummate the settlement (doc. 46). Upon consideration, this action is **DISMISSED with prejudice subject to the right of either party to reinstate the action within thirty (30) days of the date of this Order** should the settlement not be consummated.

Each party shall bear their own costs unless agreed otherwise in the settlement agreement.

**DONE** and **ORDERED** this 25th day of February 2021.

s / Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**